| | |
|---|---|
| 1 | TIMOTHY S. THIMESCH (SBN 148213) |
| | THIMESCH LAW OFFICES |
| 2 | tim@thimeschlaw.com |
| | 158 Hilltop Crescent |
| 3 | Walnut Creek, California 94597-3452 |
| | Telephone:  (925) 588-0401 |
| 4 | Facsimile:  (888) 210-8868 |
| 5 | |
| | Attorneys for Plaintiff, EDWARD MUEGGE |
| 6 | |
| 7 | GREENBERG TAURIG, LLP |
| | GREGORY F. HURLEY (SBN 126791) |
| 8 | E-mail:  hurleyg@gtlaw.com |
| | ALANA R. CHO (SBN 254730) |
| 9 | E-mail:  choa@gtlaw.com |
| 10 | 3161 Michelson Drive, Suite 1000 |
| | Irvine, California 92612 |
| 11 | Telephone:  949-732-6500 |
| | Facsimile:  949-732-6501 |
| 12 | |
| 13 | Attorneys for Defendants, CHEVYS FRESH MEX SANTA ROSA, CHEVYS, INC., CHEVYS RESTAURANTS, LLC, REAL MEX RESTAURANTS, INC. and SUN CAPITAL PARTNERS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD MUEGGE, | **CASE NO.  CV10-4863 EMC** |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT**  ; ORDER |
| CHEVY'S FRESH MEX SANTA ROSA, CHEVY'S, INC., CHEVY'S RESTAURANTS, LLC, and REAL MEX RESTAURANTS, INC.; LINDA D. ANGELL; SUN CAPITAL PARTNERS, INC.; ROBERT A. TROMBETTA 1999 TRUST; MARJORIE TROMBETTA TRUST; FLORIEN J. ELLINGSON TRUST; DOE TRUSTEES 1 through 10, inclusive; and DOES 11 through 50, inclusive, | Local Rules 6-1 and 7-12 |
| | **Assigned to the:** |
| | **Hon. Edward M. Chen** |
| Defendants. | |

---

JOINT STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

CASE NO. CV10-4863 EMC

OC 286,653,528v1 11-17-10

1  Pursuant to Local Rules 6-1 and 7-12, plaintiff Edward Muegge ("Plaintiff") and defendants
2  Chevys Fresh Mex Santa Rosa, Chevys, Inc., Chevys Restaurants, LLC, Real Mex Restaurants, Inc., and
3  Sun Capital Partners, Inc. ("Defendants") stipulate to the following,
4     1.   Plaintiff agrees to extend the time for "Defendants" to answer Plaintiff's complaint, filed
5  October 27, 2010, by two weeks (fourteen calendar days).
6     2.   The time for Sun Capital Partners, Inc. to answer the complaint is extended to December
7  3, 2010.
8     3.   The time for Chevys Fresh Mex Santa Rosa, Chevys, Inc., Chevys Restaurants, LLC, and
9  Real Mex Restaurants, Inc. to answer the complaint is extended to December 3, 2010.
10    4.   Pursuant to this stipulation, "Defendants" each shall be bound to file an Answer as their responsive pleading, and shall not seek additional time from the Court to file a responsive motion.

DATED: November 18, 2010           THIMESCH LAW OFFICES

By /s/ _____
Timothy S. Thimesch
Attorney for Plaintiff, Edward Muegge

DATED: November 17, 2010           GREENBERG TRAURIG, LLP,

By /s/ Gregory F. Hurley
Gregory F. Hurley
Alana R. Cho
Attorneys for Defendants CHEVYS FRESH MEX SANTA ROSA, CHEVYS, INC., CHEVYS RESTAURANTS, LLC, REAL MEX RESTAURANTS, INC. and SUN CAPITAL PARTNERS, INC.

///
///
///
IT IS SO ORDERED:
///
///
_____
///
Edward M. Chen
///
U.S. Magistrate Judge
///

**IT IS SO ORDERED**
Judge Edward M. Chen

JOINT STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT                          CASE NO. CV10-4863 EMC
OC 286,653,528v1 11-17-10

1