**United States District Court**
For the Northern District of California

**\*\*E-filed 10/26/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDWARD MUEGGE.,

        Plaintiff,

  v.

CHEVY'S FRESH MEX SANTA ROSA, et al.,

        Defendants.

_____/

No. C 10-4863 RS

**ORDER VACATING BRIEFING AND HEARING ON MOTION FOR LEAVE TO AMEND; REQUESTING FURTHER BRIEFING RE EFFECT OF BANKRUPTCY PETITION**

The deadlines for further briefing on plaintiff's motion for leave to amend and the hearing set for December 1, 2011 are hereby vacated, pending further order. Within 15 days of the date of this order, plaintiff shall file a brief, not to exceed 7 pages, setting forth his position as to whether this action may proceed as to any defendant in light of the bankruptcy petition filed by various Chevys entities. Defendants may file a response, also not to exceed 7 pages within one week thereafter.

IT IS SO ORDERED.

Dated: 10/26/11

_____

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE