**\*\*E-filed 12/1/11 \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD MUEGGE., | No. C 10-4863 RS |
| Plaintiff, | |
| v. | **ORDER RE BANKRUPTCY STAY** |
| CHEVY'S FRESH MEX SANTA ROSA, et al., | |
| Defendants. | |

The parties are in agreement that the bankruptcy petition effectively precludes this action from proceeding against any of the defendants at this juncture. Accordingly, good cause appearing, the Clerk is directed to close this file administratively. This order is without prejudice to any rights plaintiff may have to pursue remedies in the bankruptcy proceeding and nothing in this order shall be considered a dismissal or disposition of this action. Should further proceedings herein become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

IT IS SO ORDERED.

Dated: 12/1/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE